IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RENASANT BANK                                                      PLAINTIFF

v.                                              CIVIL ACTION NO.: 1:15-cv-00090-GHD-DAS

ST. PAUL MERCURY INSURANCE
COMPANY                                                            DEFENDANT

### ORDER DENYING DEFENDANT'S MOTION TO DISMISS

Pursuant to an opinion issued this day, the Court ORDERS that Defendant St. Paul Mercury Insurance Company's motion to dismiss or, alternatively, for a more definite statement [9] filed pursuant to Rules 12(b)(6) and 12(e) of the Federal Rules of Civil Procedure is DENIED.

SO ORDERED, this, the 23rd day of July, 2015.

_____
SENIOR U.S. DISTRICT JUDGE