# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**RENASANT BANK**                                                                                                **PLAINTIFF**

**v.**                                                 **CIVIL ACTION NO.: 1:15CV90-NBB-SAA**

**ST. PAUL MERCURY INSURANCE COMPANY**                        **DEFENDANT**

## ORDER DENYING MOTION TO WAIVE
## LOCAL COUNSEL ATTENDANCE AT DEPOSITIONS

The parties have requested that the court waive the Uniform Local Civil Rule 83.1(d)(3) requirement that a resident attorney attend all depositions. Docket 78. The parties cite their desire to avoid duplication of effort and assert that the *pro hac vice* attorneys are well versed in the Local Rules and can adequately represent the parties at the depositions. *Id.* at 2. Local Uniform Civil Rule 83.1(d)(3) requires that "at least one resident attorney . . . must personally appear and participate in all trials, in all pretrial conferences, case management conferences and settlement conferences, hearings and other proceedings conducted in open court, and all depositions or other proceedings in which testimony is given."

The court recognizes the need to avoid increased litigation costs and the unnecessary expenditure of resources. Nevertheless, aside from issues of attorney discipline, the purpose of the rule requiring attendance of local counsel is to assure that the case is litigated in compliance with all local rules and that the attorneys have a working knowledge of the expectations of this court. Further, Local Uniform Civil Rule 83.1(d)(3) specifically provides that "The resident attorney remains responsible to the client and responsible for the conduct of the proceeding before the court." Accordingly, it is

1

**ORDERED**

that the Motion to Waive Uniform Local Civil Rule 83.1(d)(3) is **DENIED**. A resident attorney must appear for each party at every deposition.

**SO ORDERED**, this, the 12th day of May, 2016.

                                            /s/ S. Allan Alexander
                                            UNITED STATES MAGISTRATE JUDGE