IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RENASANT BANK                                                                                   PLAINTIFF

v.                                                             CIVIL ACTION NO.: 1:15-cv-00090-GHD-RP

ST. PAUL MERCURY INSURANCE
COMPANY                                                                                         DEFENDANT

ORDER DENYING
PLAINTIFF'S OBJECTIONS TO AND APPEAL OF MAGISTRATE JUDGE'S ORDER

Pursuant to an opinion issued this day, the Court ORDERS the following:

(1) Plaintiff Renasant Bank's objections [123] to and appeal are OVERRULED; and

(2) the Magistrate Judge's Order [117] is AFFIRMED in its entirety.

SO ORDERED, this, the 20th day of October, 2016.

_____
SENIOR U.S. DISTRICT JUDGE