IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RENASANT BANK                PLAINTIFF

v.              CIVIL ACTION NO.: 1:15-cv-00090-GHD-RP

ST. PAUL MERCURY INSURANCE
COMPANY                   DEFENDANT

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL

Presently before the Court is Defendant St. Paul Mercury Insurance Company's unopposed motion for leave [189] to file under seal confidential documents to be used as exhibits with respect to motions to be filed in this matter. Upon due consideration, the Court finds the motion is well taken and shall be granted.

In the unopposed motion, Defendant states that certain documents produced during discovery in this mater have been designated as "confidential," pursuant to the Court's Protective Order [117] dated June 20, 2016. Defendant anticipates using certain documents as exhibits in support of motions it may file in this matter; Defendant requests that those documents be sealed, as the same are designated as "confidential" by Plaintiff. Pursuant to Local Uniform Civil Rule 79(d), the Protective Order [117] in this case does not "qualify as an order to seal documents" and thus is insufficient to seal the confidential documents in this case.

The Court, having reviewed the designated "confidential" documents submitted by Defendant by zip drive, and being aware that the motion to seal is unopposed, ORDERS that the documents contained on the zip drive submitted to the Court should be sealed from public access only, with CM/ECF access permitted to the litigants' counsel in order to protect the documents as confidential financial records protected by 15 U.S.C. § 6801, *et seq.*

ACCORDINGLY, the Court ORDERS that Defendant is granted leave to follow the Court's procedures for filing the submitted documents under seal and that the documents should be sealed from public access only, with CM/ECF access permitted to the litigants' counsel.

SO ORDERED, this, the 4th day of January, 2017.

/s/ Glen H. Davidson
SENIOR U.S. DISTRICT JUDGE