IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RENASANT BANK                                                                     PLAINTIFF

v.                                CIVIL ACTION NO.: 1:15-cv-00090-GHD-RP

ST. PAUL MERCURY INSURANCE
COMPANY                                                              DEFENDANT

**ADDENDUM TO MEMORANDUM OPINION GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

To its February 21, 2017 memorandum opinion [225] granting in part and denying in part Plaintiff Renasant Bank's motion for partial summary judgment [195] and granting in its entirety Defendant St. Paul Mercury Insurance Company's motion for summary judgment [192], the Court adds as follows: The Court also considered pertinent to its analysis on the "improper financial benefit" proof requirement the fact that Plaintiff Renasant Bank did not bring a civil action against Wendy Hurt, its former employee, and further that there is no evidence in the record that a criminal prosecution was commenced against Hurt. For these reasons and all the other reasons stated in the Court's memorandum opinion [225], Plaintiff Renasant Bank failed to raise a genuine dispute of material fact on the "improper financial benefit" issue.

SO ORDERED, this, the 27th day of February, 2017.

_____
SENIOR U.S. DISTRICT JUDGE